**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**
**THIRD DIVISION**

Wolfgang Eisermann,

Plaintiff,

v.

Corrections Corporation of America,

Defendant.

Civil No. 00-2015 RHK/AJB

**ORDER ON REQUEST FOR EXTENSION OF TIME TO PAY FEES AND TO AMEND COMPLAINT**

This matter is before the Court on plaintiff's request for additional time in which to submit his initial filing fee and for an additional 60 days to file an amended complaint.

Based upon the petitioner's motion and information contained therein, **IT IS HEREBY ORDERED** that plaintiff's motion for an extension of time to pay the initial partial filing fee is **granted** [Docket No. 6]. Plaintiff shall submit the initial partial filing fee on or before October 30, 2000. Plaintiff's motion for leave to amend his complaint is **moot**. Pursuant to Fed. R. Civ. P. 15(a) the plaintiff may amend the complaint once as a matter of course at any time before the defendant's answer is served. Court approval for amendment is not required in this particular instance because pleadings have not been served. Plaintiff may submit his amended complaint along with the initial filing fee for purposes of preliminary screening pursuant to 28 U.S.C. § 1915A. However, in the event that an amended complaint does not accompany the partial filing fee, the Court will review plaintiff's original complaint for purposes of preliminary screening promptly upon receipt of the initial partial filing fee.

Dated: 9/26/00

Arthur J. Boylan
United States Magistrate Judge

FILED SEP 26 2000
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD ______
DEPUTY CLERK ______