# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

Wolfgang Eisermann

Plaintiff

v.

Corrections Corporation of America

Defendants

Case No. Civil 00-2015 RHK/AJB

**JUDGMENT IN A CIVIL CASE**

---

( ) **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

(X) **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that Plaintiff's application to proceed without prepayment of fees is denied. This action is dismissed without prejudice.

DATE: November 29, 2000

FRANCIS E. DOSAL, CLERK

Victoria Moralez

Victoria Moralez, Deputy Clerk